UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
===============================================

| | |
|---|---|
| DAVID ABRAMS, | Docket No.: 17-cv-6555 |
| Plaintiff, | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| -against- | |
| PAYAM INC., d/b/a COLBEH RESTAURANT, | |
| Defendant. | |

===============================================

The Defendant, PAYAM INC., d/b/a COLBEH RESTAURANT, through their counsel, GORDON & GORDON, P.C., hereby state, pursuant to F.R.C.P. 7.1, that there are no parent corporations and any publicly held corporations owning 10% or more of Defendant's stock.

Dated: December 12, 2017
      Forest Hills, New York

    Respectfully Submitted,
    GORDON & GORDON, P.C.

    Supriya Kichloo, Esq.
    *Attorneys for Defendant*
    108-18 Queens Blvd., 6th Floor
    Forest Hills, New York 11375
    (718) 544-7070
    *supriya.kichloo@gmail.com*