# Gordon & Gordon
## Attorneys at Law

108-18 Queens Blvd., 6th Floor  
Forest Hills, N.Y. 11375  

Phone: (718) 544-7070  
Fax:    (718) 544-0994  

Peter S. Gordon, Esq.  
Maris R. Gordon, Esq.  

www.gordonesq.com

June 21, 2018

Honorable J. Paul Oetken,  
United States District Judge,  
Southern District of New York  
40 Foley Square  
New York, NY 10007

**Re: David Abrams v Payam Inc., d/b/a Colbeh Restaurant**  
**Civil Action No. 17-cv-6555**

To Honorable J. Paul Oetken,

    All partied held a conference call with Magistrate Judge Parker in the above referenced matter on June 20, 2018 and agreed to hold a settlement conference in an attempt to resolve this action. Given Judge Parker's busy schedule, the earliest available date she has for a settlement conference is August 20, 2018, which is also the trial date. Therefore, undersigned counsel for the defendant, joined by Plaintiff's counsel, is hereby requesting that the Court adjourn the trial, currently set for August 20, 2018, as well as the deadline for motions in limine, joint pre-trial order, voir dire and jury instructions, set for August 1, 2018 in anticipation of the settlement conference.

    I thank the Court for its consideration in this matter.

Respectfully submitted,

_____  
Supriya Kichloo, Esq.